UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD ARTHUR STRICKLAND,

    Plaintiff,

v.                                                  Case No. 1:08-cv-94
                                                      HON. GORDON J. QUIST

PATRICIA L. CARUSO,

    Defendant.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 14, 2008. The Report and Recommendation was duly served on the parties. The Court has received objections from Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff brought suit against Defendant after the seizure and destruction of Uniform Commercial Code materials sent to him through the mail. Plaintiff alleges that the seizure violated the First Amendment, due process, and a preliminary injunction issued in the Eastern District of Michigan in *Jones v. Caruso*, No. 05-CV-72817, 2006 WL 2805643 (E.D. Mich. Sept. 28, 2006). The magistrate recommended that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief has been granted. Although Plaintiff objects to the report and recommendation, his objections are either unintelligible, restatements of his prior arguments, or plainly lacking in merit. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 4) is **APPROVED AND ADOPTED**.

**IT IS FURTHER ORDERED** that there is no good-faith basis for an appeal within the meaning of 28 U.S.C. § 1915(a)(3).

**This case is concluded.**

Dated: March 13, 2008                                         /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE